IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 25 2024
MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24CR546-KWR |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 117(a)(1): Assault by a Habitual Offender; |
| **ORLYN G. VIGIL**, ) | |
| ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| Defendant. ) | |
| ) | Count 3: 18 U.S.C. §§ 1153 and 113(a)(8): Assault of an Intimate Partner by Strangling. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 16, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ORLYN VIGIL**, having been convicted of:

1. Domestic Violence, J.A.C.C. § 3-5-8(A), in the Jicarilla Apache Nation Tribal Court, cause number CR2017-00487, on or about May 16, 2019, an incident that occurred on July 27, 2017, which would be, if subject to Federal Jurisdiction, an assault, the victim of which was Jane Doe, a spouse and intimate partner of **ORLYN VIGIL**, and

2. Domestic Violence, J.A.C.C. § 3-5-8(A), in the Jicarilla Apache Nation Tribal Court, cause number CR2018-00330, on or about May 16, 2019, an incident that occurred on July 1, 2018, which would be, if subject to Federal jurisdiction, an assault, the victim of which was Jane Doe, a spouse and intimate partner of **ORLYN VIGIL**,

assaulted Jane Doe, a person the defendant had cohabitated with and was a person similarly situated to a spouse.

In violation of 18 U.S.C § 117(a)(1).

## Count 2

On or about November 16, 2021, in Indian Country, in Rio Ariba County, in the District of New Mexico, the defendant, **ORLYN VIGIL**, an Indian, assaulted Jane Doe with a dangerous weapon, specifically, a vehicle, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## Count 3

On or about November 16, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ORLYN VIGIL**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney