# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

## Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-CR-346 KWR | UNITED STATES vs. VIGIL | |
| Hearing Date: | 5/14/2024 | Time In and Out: | 1:34 pm – 1:52 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Orlyn Vigil | Defendant's Counsel: | Dennis Candelaria |
| AUSA: | Jenna Riche | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain        ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds        ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service — Pending placement at the halfway house
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Court-questions; PO-responds; FPD-proffers; USA-responds; Court-findings