# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 24-546 KWR | UNITED STATES vs. VIGIL |
|---|---|

**Before The Honorable Kirtan Khalsa, United States Magistrate Judge**

| Hearing Date: | January 30, 2025 | Time In and Out: | 1:54 pm -2:22 pm |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Orlyn Vigil | Defendant's Counsel: | Dennis Candelaria |
| AUSA: | Mia Rubin | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Indictment**
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.
☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☐ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☐ Deft pleads GUILTY to: **Indictment** Count 2
☐ Allocution by Deft on elements of charge(s).
☐ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☐ Deft adjudged guilty.
☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☐ Sentencing Date: **to be notified**
☐ Defendant to Remain in Custody
☒ Present conditions of release continued
☐ Conditions changed to:
☒ Penalty for failure to appear explained
☐ Presentence Report Ordered
☐ Expedited (Type III)

Other Matters: Plea hearing will be continued; Counsel to notify the court when ready to reschedule