# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 24-00546 KWR | UNITED STATES vs. VIGIL |
|---|---|

### Before The Honorable Kea W. Riggs, United States District Judge

| | | | |
|---|---|---|---|
| Hearing Date: | 02/05/2025 | Time In and Out: | 10:35am-11:05am 30 minutes |
| Clerk: | C. Bevel | Court Reporter: | [Select Digital Audio] A. Lynch |
| Defendant: | Orlyn G. Vigil | Defendant's Counsel: | Dennis Candelaria |
| AUSA: | Mia Ruben/Nicholas Marshall | Interpreter: | N/A ☐ Sworn ☐ Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☐ First Appearance |
| ☐ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☐ | Deft acknowledges receipt of:  **Information** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☒ | Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to:  **Indictment**        Count 2 |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☐ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☐ | Defendant to Remain in Custody |
| ☒ | Present conditions of release continued   ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained |
| ☒ | Presentence Report Ordered   ☐ Expedited (Type III) |

Other Matters:
Court set hearing on Motion to Continue Trial  [Doc. 33], parties have reached an agreement. Court proceeds to change of plea hearing.
AUSA Rubin addresses Court regarding exceptional circumstances.
Court addresses continued release pending sentencing.
Mr. Candelaria addresses Court regarding exceptional circumstances for continued release.
USPO indicates no violations
Court finds exceptional circumstances exist to allow continued release.