

**THE JICARILLA APACHE NATION**

JICARILLA BEHAVIORAL HEALTH

P.O. Box 546 • Dulce, New Mexico • 87528-0546

(575) 759-3162 • Fax (575) 759-3588

Dennis Candelaria

Federal Public Defender

111 Lomas Blvd nw Suite 501

Albuquerque, New Mexico 87102

February 3, 2025

This report is in regard to Orlyn Vigil. The following information is confirmation of the participation Mr. Vigil's active participation in substance and mental health services of Behavioral Health Jicarilla Apache Nation. Mr. Vigil participated in 21 domestic violence education groups from 8/30/17 to 6/6/18. He was meaningfully engaged in individual counseling to resolve drinking and anger issues in the following periods. He began his 21 sessions of individual therapy 8/30/17 and completed his fist cycle of individual therapy on 6/6/18. He completed a second period of 18 therapy sessions from 4/15/19 to 12/9/21. He also completed a third cycle of 24 individual therapy sessions from 1/27/ to 5/28/24. He most recently completed a series of treatment of 12 individual sessions from 5/29/124 to 1.15.25.

I believe it is vital for the courts to know how sincere and effective Mr. Vigil has been in making changes to his drinking and anger challenges. He has maintained stable sobriety for the last year 1 ½ years. He has also learned to manage his anger and avoided provocative behaviors from family and others in his life. He has coped with stressful experiences as leader in the water department oof Jicarilla Apache Tribe.